# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONICA SMITH and JUDSON CHILDS,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PAUL FARRIS, sued individually and in his** )<br>**official capacity as Mayor; and the CITY OF** )<br>**CAIRO, ILLINOIS,** )<br>)<br>**Defendants.** ) | Case No. 03-CV-4147-JPG |

## ORDER

**GILBERT, District Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 50). Accordingly, this action is **DISMISSED WITH PREJUDICE.** Each party to bear its own costs. A separate Judgment shall accompany this Order.

**IT IS SO ORDERED.**

**DATED:  January 23, 2007.**

*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**DISTRICT JUDGE**