IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONICA SMITH and JUDSON CHILDS,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**PAUL FARRIS, sued individually and in his** )<br>**official capacity as Mayor; and the CITY OF** )<br>**CAIRO, ILLINOIS,** )<br>)<br>**Defendants.** ) | Case No. 03-CV-4147-JPG |

## JUDGMENT

On the parties' stipulation, and in accordance with the Order entered this day, this action is dismissed with prejudice.

**NORBERT G. JAWORSKI, CLERK OF COURT**

**January 23, 2007.**   By:  s/Brenda K. Lowe
*Date*                      *Deputy Clerk*

**Approved:** *s/ J. Phil Gilbert*          EOD: 1/23/07
              *District Judge*